# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| TIMOTHY CHESSER, )<br>)<br>    Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>    Respondent. ) | Case Nos.   3:14-CR-89<br>                  3:16-CV-668 |

## JUDGMENT

For the reasons expressed in the accompanying Memorandum Opinion filed herewith, it is **ORDERED and ADJUDGED** that the motion [Doc. 532] by federal prisoner Timothy Chesser for post-conviction relief pursuant to 28 U.S.C. § 2255 is **DENIED and DISMISSED WITH PREJUDICE.**

If Petitioner files a notice of appeal from this judgment, such notice of appeal will be treated as an application for a certificate of appealability which is **DENIED** pursuant to 28 U.S.C. § 2253(c)(2) and Fed. R. App. P. 22(b) because he has failed to make a substantial showing of the denial of a federal constitutional right. The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24 that any appeal from this judgment by Petitioner would be frivolous and not taken in good faith.

**SO ORDERED.**

                                                                             _____
                                                                             CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

*/s/ JOHN L. MEDEARIS*
    CLERK OF COURT